HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMAL J. ELLIS, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF CORRECTIONS, et al, <br><br> Defendant. | CASE NO. C15-5519RBL/KLS <br><br> ORDER |

The Court entered an Order Denying Plaintiff's Application for *In Forma Pauperis* [Dkt. #6] on October 19, 2015. Plaintiff was directed to pay the filing fee within 30 days of the date of that Order, otherwise this action would be dismissed. More than 30 days have passed since the filing of the Order Denying Plaintiff's Application for *In Forma Pauperis* and the filing fee has not been paid. ACCORDINGLY, **IT IS ORDERED** that this cause of action is **DISMISSED without prejudice.**

Dated this 1st day of December, 2015.

Ronald B. Leighton
United States District Judge

ORDER - 1